IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GREGORY R. WINNINGHAM,     Case No. 3:11-cv-415

    Plaintiff,

                                    Judge Timothy S. Black

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

**ORDER VACATING THE REFERENCE OF THIS CASE
TO THE MAGISTRATE JUDGE**

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date:  6/19/12

Timothy S. Black
United States District Judge