UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**GEORGE R. WINNINGHAM,**   CASE NO.   3:11-CV-415

    Plaintiff,

                                   **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL
SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE** and is **REVERSED**; this matter is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. §405 (g); and that the case is **CLOSED** from the docket of the Court.

Date: October 2, 2012                                             **JOHN P. HEHMAN, CLERK**

                                                                 By: _s/ M. Rogers_
                                                                  Deputy Clerk