## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**GREGORY R. WINNINGHAM,**        CASE NO. 3:11-CV-415

    Plaintiff,

                                                               **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

### AMENDED JUDGMENT IN A CIVIL CASE
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE** and is **REVERSED**; this matter is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. §405 (g); and that the case is **CLOSED** from the docket of the Court.

Date: October 5, 2012                                                 **JOHN P. HEHMAN, CLERK**

                                                                                           By: *s/ M. Rogers*
                                                                                          Deputy Clerk